IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JENNIFER CORADO,<br><br>    Defendant. | 8:19CR211<br><br><br>**ORDER** |

IT IS ORDERED that:

1. The Government's unopposed Motion to Continue (filing 57) is granted.

2. Defendant Jennifer Corado's sentencing is continued to January 28, 2021, at 11:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 17th day of November, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge