IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR211 |
| vs. | |
| JENNIFER CORADO, | MOTION TO SEAL |
| Defendant. | |

COMES NOW the Plaintiff, the United States of America, pursuant to NECrimR 12.4, and requests that it be allowed to file under seal its motion that should not be made available to the public because it contains confidential information.

WHEREFORE, the Plaintiff, the United States of America, respectfully requests this Court to grant its Motion to Seal.

    Respectfully submitted,

    UNITED STATES OF AMERICA,
    Plaintiff

    JAN W. SHARP
    Acting United States Attorney

    s/Kimberly C. Bunjer
    KIMBERLY C. BUNJER #20962
    Assistant U.S. Attorney
    1620 Dodge Street, Suite 1400
    Omaha, Nebraska 68102-1506
    (402) 661-3700

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

                                                  s/Kimberly C. Bunjer
                                                  KIMBERLY C. BUNJER
                                                  Assistant United States Attorney