IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:19CR211 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING** |
| JENNIFER CORADO, | ) ) | |
| Defendant. | ) ) | |

Defendant, Jennifer Corado, by and through Assistant Federal Public Defender Kelly M. Steenbock, hereby moves the Court to continue sentencing, currently scheduled for September 16, 2021, for a period of 30 days. In furtherance of said Motion, and as good cause for granting the same, Defendant shows to the Court as follows:

1. Undersigned counsel has a scheduling conflict with the date currently set for sentencing.

2. Defendant requests a 30 day continuance of the sentencing hearing.

3. Assistant United States Attorney Kim Bunjer has no objection to the requested continuance.

WHEREFORE, Defendant respectfully requests a 30 day continuance of her sentencing.

JENNIFER CORADO, Defendant,

By: ___s/ Kelly M. Steenbock___
**KELLY M. STEENBOCK**
**Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
(402) 221-7896
fax: (402) 221-7884
e-mail: kelly_steenbock@fd.org